PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

RECEIVED
2006 OCT 30 A 9:41
DEBRA P. HACKETT

| United States District Court | District MIDDLE |
|---|---|
| Name (under which you were convicted): ALONZO MOREFIELD, JR. | Docket or Case No.: 2:06CV976-MHT |
| Place of Confinement: GEORGIA STATE PRISON 300 1st Ave Reidsville, GA 30453 | Prisoner No.: 479955 |
| Petitioner (include the name under which you were convicted) ALONZO MOREFIELD, JR. v. | Respondent (authorized person having custody of petitioner) P.T. MARSHALL, SHERIFF MONTGOMERY COUNTY ALABAMA |
| The Attorney General of the State of ALABAMA | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: CIRCUIT COURT, MONTGOMERY COUNTY ALABAMA, P.O. BOX 1667 MONTGOMERY, AL 36102-1667
   (b) Criminal docket or case number (if you know): CC-2004-1043, 1044, 1045

2. (a) Date of the judgment of conviction (if you know): November 16, 2004
   (b) Date of sentencing: November 16, 2004

3. Length of sentence: 20 YRS INCARCERATION/SY.T to serve 5yrs, 3yrs probation

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☒   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Impersonating A. Officer, Theft of Property, Kidnapping - 3 counts Impersonating Officer Theft of Property 5 Counts

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☒            (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _Plead guilty to Charges listed per Attorney's Advice and Coercion._

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?

Yes ☐  No ☑

9. If you did appeal, answer the following: _N/A_

(a) Name of court: _____
(b) Docket or case number (if you know): _____
(c) Result: _____
(d) Date of result (if you know): _____
(e) Citation to the case (if you know): _____
(f) Grounds raised: _____

(g) Did you seek further review by a higher state court?   Yes ☐  No ☐

If yes, answer the following: _N/A_

(1) Name of court: _____
(2) Docket or case number (if you know): _____
(3) Result: _____

(4) Date of result (if you know): _____
(5) Citation to the case (if you know): _____
(6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☒

        If yes, answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: *Court of Criminal Appeals, Montgomery, Alabama*

        (2) Docket or case number (if you know): *CR-05-0665*

        (3) Date of filing (if you know): *January 11, 2006*

        (4) Nature of the proceeding: *Appeal of Denial of Rule 32 Petition by Trial Court*

        (5) Grounds raised: *1. Guilty Plea was involuntary due to mental health medication that affected his ability to think rationally and understand Courts instructions. 2. Ineffective Assistance of Counsel. 3. State Attorney filed late answer to Rule 32 Petition. 4. Conviction obtained pursuant to an unlawful arrest.*

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

            Yes ☐ No ☒

        (7) Result: _____

        (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: *Circuit Court, Montgomery County, Alabama*

        (2) Docket or case number (if you know): *CC-2004-1043, 1044, 1045*

        (3) Date of filing (if you know): *September 22, 2005*

        (4) Nature of the proceeding: *Rule 32 - Post Conviction Petition*

        (5) Grounds raised: *1. Ineffective Assistance of Counsel. 2. Guilty Plea was involuntary due to Defendant on mental health medication that affected his ability to think rationally and understand*

The Courts instructions on the Consequences of the Plea of Guilty AND Nature of Charges Against him.

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    Yes ❏  No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    Yes ❏  No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition:    Yes ❏  No ☒

  (2) Second petition:  Yes ❏  No ☒

  (3) Third petition:   Yes ❏  No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: Petitioner had a Time Limit to File A Appeal to Alabama Supreme Court, but Due to Petitioners Currently being incarcerated in GA. Dept. of Corrections with No Access to Alabama Law books, cases, Etc. The Time Limit Lapsed And he was Unable to Appeal to Alabama Supreme Court.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** STATE ATTORNEY'S Reply to Rule 32 PETION WAS LATE. See Rule 32-7. Ala R. Crim. Proc. AND Procedural Errors Related to date Rule 32 PETITION WAS FILED.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PETITIONER Filed Rule 32 PETITION ON October 17, 2005 NOT October 13, 2005 as Respondent claims. This procedural error I don't find harmless AND violates Petitioners U.S. Constitutional Rights under Due Process (5th Amendment), Procedural Rights (6th Amendment), Due Process (14th Amendment)

(b) If you did not exhaust your state remedies on Ground One, explain why: TIME LIMITS LAPSED due to Petitioner not having Available Alabama Law in Georgia Dept. of Corrections Law Library for Prisoners. Unable to Review Alabama Law Books, Cases And/or Procedures for Appeal to Ala. Supreme Court.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☒ ANY

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: DID NOT File Direct Appeal Due to Attorney's Advice.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Rule 32 Petition
Name and location of the court where the motion or petition was filed: Circuit Court Montgomery County, Montgomery, Alabama
Docket or case number (if you know): CC 2004-1043, 1044, 1045
Date of the court's decision: January 3, 2006

Result (attach a copy of the court's opinion or order, if available): Not Available at this Time, Contact Clerk's Office, Montgomery, Alabama.

(3) Did you receive a hearing on your motion or petition?
    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?
    Yes ☒  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☒  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Court of Criminal Appeals, Montgomery County, Alabama.
Docket or case number (if you know): CR-05-0665
Date of the court's decision: August 11, 2006
Result (attach a copy of the court's opinion or order, if available): Not Available at this Time. Contact Clerk, Court of Criminal Appeals. Montgomery, Alabama.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: None

**GROUND TWO:** Unlawfully induced plea not made voluntarily with no understanding of charges or consequences of the plea.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was under prescription medication for mental health disorder when he entered said plea, which rendered petitioner ability to understand courts questions, and understand charges, court procedures or consequences of said plea due to impaired mind and unrational think. Court did not inquire as to petitioners state of mind. Counsel instructed petitioner not to mention mental illness to court. Violates Due Process (5th Amendment) Procedural Rights (6th Amendment) Right to Trial by Jury (11th Amendment) Due Process (14th Amendment).

(b) If you did not exhaust your state remedies on Ground Two, explain why: Time Limit Lapsed Due to Petitioner Not having Alabama Law book, cases and material being housed in Georgia Dept. of Corrections for Appeal to Alabama Supreme Court

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32 Petition

Name and location of the court where the motion or petition was filed: Circuit Court, Montgomery County Alabama

Docket or case number (if you know): CC-2004-1043, 1044, 1045

Date of the court's decision: January 3, 2006

Result (attach a copy of the court's opinion or order, if available): Not Available at this time Contact Clerk's office, Montgomery Alabama

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Court of Criminal Appeals, Montgomery, Alabama

Docket or case number (if you know): CR-05-0665

Date of the court's decision: August 11, 2006

Result (attach a copy of the court's opinion or order, if available): Not Available at this time Contact Clerk, Court of Criminal Appeals, Montgomery Alabama

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: NONE

_____
_____

**GROUND THREE:** Conviction obtained pursuant to unlawful arrest

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Respondant has no evidence to place Petitioner within city limit of Montgomery County Alabama on dates and times of offense listed in indictments. Petitioner has witness that will testify as to Petitioners whereabouts on offense dates. Thus a detainer from respondents to DeKalb County Georgia shows to hold me for pending offenses violated my U.S. Constitutional rights: Due Process (5th Amendment) Procedural Rights (6th Amendment) Cruel punishment (8th Amendment) Due Process (11th Amendment)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Time limits lapsed due to Petitioner not having Alabama lawbooks, cases and material being housed in Georgia Dept. of Corrections for appeal to Alabama Supreme Court.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☒  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Rule 32 Petition
Name and location of the court where the motion or petition was filed: Circuit Court, Montgomery County, Alabama

Docket or case number (if you know): CC-2004-1043, 1044, 1045
Date of the court's decision: JANUARY 3, 2006
Result (attach a copy of the court's opinion or order, if available): NOT AVAILABLE AT THIS TIME CONTACT CLERK'S OFFICE, MONTGOMERY, ALABAMA

(3) Did you receive a hearing on your motion or petition?
   Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
   Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: COURT OF CRIMINAL APPEALS MONTGOMERY, ALABAMA.
Docket or case number (if you know): CR-05-0665
Date of the court's decision: AUGUST 11, 2006
Result (attach a copy of the court's opinion or order, if available): NOT AVAILABLE AT THIS TIME CONTACT CLERK, COURT OF CRIMINAL APPEALS, MONTGOMERY, ALABAMA.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: NONE.

**GROUND FOUR:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial Counsel's pretrial performance was defective, Counsel knew of Mental health impairment by defendant/Petitioner and failed to inform the court, informing Petitioner to not inform the court. Counsel failed to plan defense of case-in-chief and Counsel admits being intimidated by States Attorney and taking him to dinner for Judiced Petitioners case and his liberty. Counsel conducted no pre-trial investigation of Petitioner Alibi. These deficiencies violate Due Process (5th Amendment), 6th Amendment, 8th Amendment and 11th Amendment of U.S. Constitution.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _Time Lapsed Due to Petitioner not having Alabama Lawbooks, Cases and Materials being housed in Georgia Dept. of Corrections for Appeal to Alabama Supreme Court._

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☒  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☒  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _Rule 32 Petition_

   Name and location of the court where the motion or petition was filed: _Circuit Court, Montgomery County, Alabama_

   Docket or case number (if you know): _CC-2004-1043-1044-1045_

   Date of the court's decision: _January 3, 2006_

   Result (attach a copy of the court's opinion or order, if available): _Not Available at this Time, Contact Circuit Court Clerk, Montgomery County, Alabama._

   (3) Did you receive a hearing on your motion or petition?

      Yes ☐  No ☒

   (4) Did you appeal from the denial of your motion or petition?

      Yes ☒  No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☒  No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _Court of Criminal Appeals, Montgomery, Alabama_

   Docket or case number (if you know): _CR-05-0665_

   Date of the court's decision: _August 11, 2006_

   Result (attach a copy of the court's opinion or order, if available): _Not Available At This Time, Contact Clerk, Court of Criminal Appeals_

_MONTGOMERY, ALABAMA_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _NONE_

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☒ No ☐ _I am_

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _GROUNDS All have been presented to Courts of Appeal, I was unable to Appeal to Alabama Supreme Court due to lack of Alabama Law Books being housed in Georgia Dept. of Corrections_

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _NO_

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☐ No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: STACy Reed, 400 S. Union ST. Montgomery Alabama 36104

    (b) At arraignment and plea: William Rayborn, 8650 Minnie Brown Rd. Suite 221, Montgomery, AL. 36117

    (c) At trial: _____

    (d) At sentencing: William Rayborn 8650 Minn. Brown Rd. Ste 221, Montgomery, AL 36117

    (e) On appeal: Request For Appointment of Post Conviction Counsel Denied - Pro Se

    (f) In any post-conviction proceeding: Pro Se Denied Motion For Appointment of Counsel.

    (g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se Motion For Appointment of Counsel was Denied

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

My Judgment of Conviction was final on November 16, 2004, but I filed two Appeals and/or Post Conviction Remedies. The last Remedy was filed in Court of Criminal Appeals, Montgomery County, Alabama which became final on August 11, 2006. I exhausted my State Court Remedies prior to filing this action in Federal Court.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Reverse Conviction, Order_
_New Trial with Bond Released For Defendants by his_
_own Recognizances._

or any other relief to which petitioner may be entitled.

_[signature]_ Pro Se.
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _October 26, 2006_ (month, date, year).

Executed (signed) on _10/26/06_ (date).

_[signature]_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

* * * * *

(5) GROUND FIVE: INACCURATE RESTITUTION ORDERED BY CIRCUIT COURT JUDGE

A. SUPPORTING FACTS: ON November 16, 2004, Montgomery County Circuit Court Judge Eugene Reese sentenced plaintiff and ordered restitution as follows: Case No CC 2004-1043 50.00 in restitution was ordered, Case No CC 2004-1044 219.00 in restitution was ordered, Case No CC 2004-1045 755.00 in restitution was ordered. The restitution ordered for cases NO(s) 1044, and 1045 was not proper. The items taken in those cases were recovered by law enforcement officials in DeKalb County Georgia and should have been returned to the victims. Restitution was ordered for property taken from victims. NO CASH WAS TAKEN FROM ANY VICTIM.

b. Exhaust State Remedies for Ground Five: This claim was not presented to State Appeals Court in Rule 32 petition due to non access to Alabama Law housed in a Georgia Correctional facility.

c. Direct Appeal of Ground Five: DID NOT FILE DIRECT APPEAL

d. Post Conviction Proceedings: This issue was not raised through post conviction motion, petition or habeas corpus

E. Other Remedies: NONE

MOREFIELD, ALONZO, JR
ADDITIONAL PAGE FOR
CLAIM #5