UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

ALONZO MOREFIELD, JR.,
    Petitioner,

- vs -

D.T. MARSHALL,
    Respondent.

2:06CV976-MHT

MONTGOMERY COUNTY ALABAMA
CIRCUIT COURT CASE NO(S)
CC-2004-1043, 1044, 1045

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now Petitioner, having filed a 28 U.S.C. 2254, "Writ of Habeas Corpus" request appointment of counsel to represent Petitioner in this action that is before this court. Petitioner is indigent and unable to hire a attorney.

Petitioners writ of Habeas Corpus has merit and a lawyer is needed to represent Petitioners interest for the following reasons;

1. To investigate facts, examine documents, obtain discovery find witnesses and conduct interviews.

2. To challenge conflicting evidence by Respondent and dispute Respondents position on all claims.

3. To present case in chief as Petitioner is indigent and has no access to Alabama law books, cases or materials. Pro se representation will be difficult as Petitioner is not a lawyer.

4. Complexity and difficulty of case with legal issues, expert witnesses interviews, retrieval of mental health and medical records, challenge conflicting testimony of many witnesses and debrief trial counsel.

5. Petitioner wants case to be tried before a jury.

6. Complexity of application of Eighth Amendment and deliberate indifference by the State.

Petitioner will submit a brief supporting the enumerated issues if court deems appropriate. At a hearing in open court, Petitioner can provide oral arguments to support this motion. Petitioner requests this court to GRANT this motion fourthwith.

Respectfully submitted this 26th day of October, 2006.

ALONZO MOREFIELD, JR.
PRO SE PETITIONER

by: _____

## CERTIFICATE OF SERVICE

This is to certify that all opposing parties in this action have been served a copy of this motion through the Clerk, U.S. District Court by hand delivery or U.S. Mail postage pre-paid.

This the 26th day of October, 2006.

_____
ALONZO MOREFIELD, JR.
PRO SE PETITIONER

I.D. No. 1092228
GEORGIA STATE PRISON
300 1st Ave
Reidsville, GA. 30453