UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF Alabama

Alonzo Morefield, Jr.
  Petitioner,

2:06CV976-mht

-vs-

P.T. Marshall,
  Respondent

RECEIVED
2006 OCT 30 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Montgomery County Alabama Circuit Court Case No(s) CC-2004-1043, 1044, 1045

## Motion For Evidentiary Hearing

Comes Now Petitioner requesting this Honorable Court to grant a evidentiary hearing on 28 U.S.C. 2254 writ of Habeas Corpus by a person in state custody.

Petitioner feels his case will be best served if he would present his case in his own words to this court.

Petitioner is not a lawyer and pending a ruling on his motion for appointment of counsel his pro se status is insufficient to address the complex legal issues in this case.

Petitioner expects respondent to deny all claims within the action filed before this court. To best address these denials, a evidentiary hearing is needed.

For reasons stated herein, petitioner request this court to GRANT a evidentiary hearing to facilitate a opportunity for petitioner to prove claims stated in petition. Petitioner will provide evidentiary items to this court to substantiate all claims.

Respectfully Submitted This 26th day of October, 2006.

Alonzo Morefield, Jr.
Pro Se Petitioner

by: A. Morefield Jr.