IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ALONZO MOREFIELD, JR., #479955 | * |
| Petitioner, | * |
| v. | *   2:06-CV-976-MHT |
| HUGH SMITH, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 31st day of October 2006.


　　　　　　　　　　　　　　/s/Delores R. Boyd
　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE