IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALONZO MOREFIELD, JR., #479955          *

    Petitioner,          *

    v.          *          2:06-CV-976-MHT

HUGH SMITH, WARDEN, *et al*.,          *

    Respondents.          *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Evidentiary Hearing (Doc. No. 4), and

for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done, this 31st day of October 2006.


                /s/Delores R. Boyd_____
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE