IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR., #479955 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-976-MHT |
| HUGH SMITH, WARDEN, *et al*., | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Appointment of Counsel (Doc. No. 3), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done, this 31st day of October 2006.

                                          /s/Delores R. Boyd
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE