IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR., #479955, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) ) | CIVIL ACTION NO. 2:06-CV-976-MHT (WO) |
| HUGH SMITH, WARDEN, *et al.* | ) ) | |
| Respondents. | ) | |

## REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and request an additional fourteen days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 21 additional days in which to respond in this case, making said response due on or before December 11, 2006.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

                Respectfully submitted,

                Troy King, ASB #KIN047
                *Attorney General*
                By-

                s/Nancy M. Kirby
                Nancy M. Kirby ID#KIR031
                *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Alonzo Darryll Morefield, Jr., Georgia Prison #479955 (AIS #237882), Georgia State Prison, 300 First Avenue, Reidsville, GA 30543.

                                        Respectfully submitted,

                                        s/Nancy M. Kirby (KIR031)
                                        Nancy M. Kirby (KIR031)
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, AL 36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: nkirby@AGO.State.AL.US

205130/101441-001