IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALONZO MOREFIELD, JR., #479955   *

   Petitioner,   *

   v.   *   2:06-CV-976-MHT

HUGH SMITH, WARDEN, *et al.*,   *

   Respondents.   *

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on November 20, 2006. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 10), is GRANTED; and

2. Respondents are GRANTED an extension from November 20, 2006 to December 11, 2006 to file their answer.

Done, this 21st day of November 2006.

            /s/Delores R. Boyd
       DELORES R. BOYD
       UNITED STATES MAGISTRATE JUDGE