IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALONZO MOREFIELD, JR.,
    PETITIONER

V.

HUGH A. SMITH, et al.,
    RESPONDENTS.

CIVIL ACTION NO.
A 2:06-CV-976-MHT
(WO)

## RESPONSE TO RESPONDENTS REQUEST FOR ADDITIONAL TIME TO REPLY TO COURTS ORDER

Petitioner Alonzo Morefield, Jr., in the above styled cause received on November 28, 2006 Respondents Request for Additional Time to Respond to this Courts Order. In lieu of information submitted by Respondent, Petitioner has no objection to the Court considering and/or approving Respondents Request for Additional Time to Respond properly in this cause.

Respectfully Submitted,
Alonzo Morefield, Jr.
Pro Se Petitioner

by: _____A. Morefield Jr._____

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was placed in U.S. Mail addressed to: Nancy Kirby, Assistant Attorney General, Alabama State House, 11 South Union, Montgomery, AL, 36130-0152 as Respondent in this cause, postage prepaid. This 30th day of November, 2006.

_____A. Morefield Jr._____
Alonzo Morefield, Jr.
I.D. No. 479955
Georgia State Prison
300 1st Ave
Reidsville, GA. 30453