IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Alonzo Morefield, Jr.,
Petitioner
vs-
Hugh A. Smith, et Al.,
Respondent.

CIVIL ACTION NO.:
2:06CV-976 MHT

RECEIVED
2006 DEC 27 A 10:09

## MOTION TO WAIVE FEES FOR LEGAL DOCUMENTS DUE TO POVERTY

Comes now Petitioner, Pro Se, asking this Court to waive 7.50 fee to receive a copy of 28 USC 2254 filed complaint due to indigency of petitioner. U.S. District Court Clerk Debra Hackett says the 7.50 fee is required prior to the mailing of a filed copy of the complaint.

Petitioner Morefield declares that he is the Petitioner in this action before the Court and would request to be granted Forma Pauperis status related to the filings requested herein. Morefield further asserts that he is indigent and can not afford to pay the cost the Clerk requests due to poverty and having no assets. Attached is a summary from Morefield's prison account showing no income posted to his prison account in past twelve (12) months.

Petitioner understands that any false statements subject Petitioner to perjury under Federal law.

## VERIFICATION

I am petitioner in this action and know the contents of the above motion to waive fees for legal documents due to poverty. I request Forma Pauperis status be given herein. I verify all information given is true. I have read the perjury statute and am aware of the penalties for giving false statements, and information.

Respectfully submitted this 21st day of December, 2006.

Alonzo Morefield, Jr.
Petitioner, Pro Se

by: _A. Morefield Jr._

Alonzo Morefield, Jr.
ID. No. 479955
Georgia State Prison
300 1st Ave
Reidsville, GA 30453

| GA DEPT OF CORRECTIONS SCRIBE | | GA STATE PRISON | | December 18, 2006 03:46 PM Page: 1 | |
|---|---|---|---|---|---|
| Account Statement | | **MOREFIELD, ALONZO** GDC ID: 1092228 | | Printed By: ALLEN, WILLIAM | |

| Spendable Amount | Reserved Amount | Receipts On Hold | Funds Balance | Obligations/Court Charges |
|---|---|---|---|---|
| $0.00 | $10.00 | $0.00 | $10.00 | $446.12 |

## RECEIPTS

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 08/01/2005 | 1517472 | MAIL ROOM RECEIPT | P. PORTER - PMO-08724074354 | $10.00 |
| 03/08/2004 | 543531 | MAIL ROOM RECEIPT | B. BALLARD - TEX. 7952384064 | $10.00 |
| 02/17/2004 | 507563 | MAIL ROOM RECEIPT | B. BALLARD - TEX. 7912122849 | $25.00 |
| 12/23/2003 | 417426 | MAIL ROOM RECEIPT | B. B - TEX. 8853982620 | $20.00 |
| 12/22/2003 | 415569 | ADMISSION RECEIPT | REFUND 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 - HAYS STATE 2605 | $4.00 |
| 12/18/2003 | 405527 | MAIL ROOM RECEIPT | TRAV EXP-MICHAEL MOREFIELD - 7914272301 | $50.00 |
| 10/31/2003 | 322468 | MAIL ROOM RECEIPT | B. BALLARD - TEX. 8840916945 | $20.00 |
| 10/07/2003 | 283019 | MAIL ROOM RECEIPT | TEX-B.BALLARD - 7878351247 | $20.00 |
| 09/12/2003 | 243151 | MAIL ROOM RECEIPT | B. BALLARD - TEX. 7878351066 | $20.00 |
| 08/29/2003 | 219363 | MAIL ROOM RECEIPT | WU-B.BALLARD - 06745188931 | $48.00 |
| 08/11/2003 | 187834 | ADMISSION RECEIPT | HAYS STATE PRISON - HAYS 1547 | $12.88 |

## WITHDRAWALS

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 898403. 3/11/04 | $2.26 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 901954. 3/19/04L | $0.46 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 906146. 3/18/04 | $1.89 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 949541. 3/25/04 | $1.22 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 908344. 3/29/04L | $0.68 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 08/2005 | $1.00 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 888899. 3/8/04 | $0.46 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 894786. 3/15/04L | $0.74 |
| 08/01/2005 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 891757. 3/4/04 | $1.29 |
| 03/09/2004 | GA STATE PRISON | STORE PURCHASE | GA STATE PRISON | STORE PURCHASE | $5.58 |
| 03/08/2004 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 882509. 3-2/04L | $0.88 |
| 03/08/2004 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 884836. 2/26/04 | $2.63 |
| 03/08/2004 | GA STATE PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 03/2004 | $0.91 |

Account Statement                                                                                      19   Total Pages