IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ALONZO MOREFIELD, JR., #479955 | * |
| Petitioner, | * |
| v. | *    2:06-CV-976-MHT |
| HUGH SMITH, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

In his response filed December 18, 2006 to the order of this court requiring that he establish cause and prejudice with respect to the fact that the claims in his petition are considered procedurally defaulted, Petitioner asserts that any default arising from the failure to raise his claims in a prior state proceeding is due to ineffective assistance of trial counsel and the unavailability of legal material pertaining to Alabama law due to his incarceration in the State of Georgia. The court, therefore, construes Petitioner's response as a motion to amend. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion (Doc. No. 15) be and is hereby GRANTED. It is further

ORDERED that within twenty (20) days of the filing date of this order, Respondents shall file a supplemental answer addressing Petitioner's claims of ineffective assistance of trial counsel and inability to access pertinent legal material and his assertions that trial counsel's ineffectiveness and the inaccessibility to appropriate legal material establishes cause for his procedural default.

Done, this 9th day of January 2007.

                                      /s/Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE