IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR., #479955 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-976-MHT |
| HUGH SMITH, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Before the court is Petitioner's Motion to Waive Fees for Legal Documents Due to Poverty. Petitioner requests that the court make a copy of his petition and send the filed-stamped copy to him without requiring pre-payment of the associated copying costs. Upon consideration of the motion, the court concludes that it shall be granted  Accordingly, it is

ORDERED that Petitioner's Motion to Waive Fees for Legal Documents Due to Poverty (Doc. No. 17) be and is hereby GRANTED.

Notwithstanding the fact the court will make copies of the petition filed in this matter, Petitioner is advised that the court is not required to provide him with copies of documents without prepayment of costs. Petitioner is further informed that he may utilize any means available to him to produce copies of documents and pleadings including, but not limited to, handwritten and carbon copies of the pleadings and evidentiary materials he seeks to submit to this court and which he must also serve on Respondents or counsel for Respondents where counsel has entered an appearance.  It is Petitioner's responsibility to make/procure copies

of his pleadings and evidentiary materials for his own file as well as provide such to the court and Respondents or counsel for Respondents.

Done, this 9th day of January 2007.

                                        /s/Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE