# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ALONZO MOREFIELD, JR., 
PETITIONER,

VS.    2:06-CV-976 MHT

HUGH A. SMITH, et Al.,
RESPONDENTS.

## MOTION FOR BILL OF PARTICULARS AND/OR CLARIFICATION OF RULING

COMES NOW PETITIONER, PRO SE, MOVES THIS COURT FOR A BILL OF PARTICULARS AND/OR CLARIFICATION OF RULING CONCERNING TWO (2) MOTIONS FILED BY PETITIONER UPON INITIAL FILING OF 2254 PETITION ON OCTOBER 26, 2006.

1. ON OCTOBER 31, 2006, UNITED STATES MAGISTRATE JUDGE DELORES R. BOYD ISSUED A ORDER DENYING PETITIONERS MOTION FOR APPOINTMENT OF COUNSEL AND DENYING MOTION FOR EVIDENTIARY HEARING.

2. BOTH DENIALS STATE THAT, "FOR GOOD CAUSE" THESE MOTIONS WERE DENIED.

3. PETITIONER IS UNCLEAR AS TO WHAT CONSTITUTES "GOOD CAUSE" THUS HE ASK THE QUESTION. SPECIFICALLY WHAT ARE THE COURTS REASONS FOR DENYING BOTH PETITIONERS MOTIONS?

4. PETITIONER IS NOT A LAWYER AND MEANS NO DISRESPECT TO THIS COURT. MOREFIELD WANTS TO UNDERSTAND WHY THE COURT RULED IN THIS MANNER.

UPON CONSIDERATION OF THIS MOTION, PETITIONER ASK THIS COURT TO ISSUE A BILL OF PARTICULARS AND/OR CLARIFICATION OF RULING IN THIS MATTER.

RESPECTFULLY SUBMITTED,
ALONZO MOREFIELD, JR.,
PETITIONER, PRO SE

BY: _A. Morefield Jr._

## CERTIFICATE OF SERVICE

This will certify that a copy of this filing was served on Respondent by placing the same in U.S. Mail, postage pre paid Addressed to: Alabama Attorney General Troy King, Attn: Nancy Kirby, Deputy Attorney General c/o Alabama State House, 11 South Union Street, Montgomery, Alabama 36130-0152. This 11th day of January, 2007.

*A. Morefield Jr.*

ALONZO MOREFIELD, JR.
I.D. NO. 479955
GEORGIA STATE PRISON
300 1st Ave
Reidsville, GA. 30453