IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ALONZO MOREFIELD, JR., #479955 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-976-MHT |
| HUGH SMITH, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Petitioner seeks clarification of the court's orders entered October 31, 2006 denying his requests for counsel and an evidentiary hearing.  Specifically, Petitioner requests the basis for the court's rulings. Upon consideration of the request,  it is

ORDERED that Petitioner's Motion for Bill of Particulars and/or Motion for Clarification of Rulings  (Doc. No. 17),  be and is hereby GRANTED.

Petitioner is advised that neither the appointment of counsel nor the setting of an evidentiary hearing is warranted in these proceedings at this juncture.  Should further developments warrant either the appointment of counsel or the setting of an evidentiary hearing or both, Petitioner's requests may be reconsidered at that time.

 Done, this 17th day of January 2007.

                                                   /s/Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE