IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALONZO MOREFIELD, JR.
PLAINTIFF/PETITIONER,

vs—

HUGH A. SMITH, WARDEN,
RESPONDENT.

CASE NO.: 2:CV-06-976

## PETITION NOTIFYING COURT OF RESPONDENTS DENIAL TO PROVIDE PETITIONER ACCESS TO COURT

Petitioner comes to notify the court that the pending action before this court is being sabotaged intentionally by Respondent.

Petitioner must have access to prison law library to respond to all legal matters, research precedence and prepare legal filings.

On or about February 1, 2007, Respondent closed prison satelite law library indefinitely which prejudices Petitioner in his quest to be legally effective in the above styled action.

Respondent has no intention to expedite the reopening of satelite law library which violates correctional policy, and Plaintiffs U.S. Constitutional rights. This violates Plaintiffs U.S. Constitutional rights of access of courts.

The court is requested to act in a manner which best serves justice. Respectfully submitted.

ALONZO MOREFIELD, JR.
PETITIONER, Pro Se.

by: _____

### CERTIFICATE OF SERVICE

This will certify a copy of the foregoing was served on Respondent by forwarding the same by U.S. Mail to: Alabama Attorney General at 11 South Union, Montgomery, AL. 36130. This 29th day of March, 2007.

ALONZO MOREFIELD, JR.
I.D. NO. 479955
GEORGIA STATE PRISON
300 FIRST AVE
REIDSVILLE, GA. 30453