IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Alonzo Morefield, Jr.,
    Petitioner,

vs —

Hugh A. Smith, Warden, et. al.,
    Respondents,

2:06-CV-976

28 U.S.C. 2254

RECEIVED 2007 MAY 1* A 9:46

## Supplemental Affidavit

Comes now Petitioner, under penalty of perjury, swears and deposes the following:

1. Alonzo Morefield, Jr. is the Petitioner in the above styled case and currently is incarcerated with Georgia Department of Corrections to wit Georgia State Prison (GSP) 300 First Ave., Reidsville, GA. 30453.

2. This is regarding filings styled, "Response and Addendum to Supplemental Answer" filed February 12, 2007 and "Additional Information" filed February 26, 2007.

3. Morefield swears that he has no access to any Alabama law books or materials to properly be legally effective in attempts at post conviction relief. Morefield can compel by court order the Respondent to testify and attest to these facts.

4. Morefield swears that due to Respondent closing law library indefinitely he is unable to effectively litigate his case.

5. Morefield swears that he has tried to interview staff to advise statements but due to his prisoner status, it is impossible and Corrections staff will not cooperate with Morefields interview requests.

6. Morefield swears that he has petitioned GSP Mental Health staff for statements, records to be used as evidence which will confirm Morefield's Mental Health condition. All Morefields requests have been denied.

7. Morefield swears that he possesses evidence that Azzie Melton initiated the Agreement on Detainers paperwork by abuse of her office as a Deputy District Attorney as she was a victim in case No CC-2004-1043 in Montgomery County Circuit Court.

8. Morefield swears that he has possession of DeKalb County, GA. Police Inventory form which clearly states that property associated with restitution in Morefields case was recovered and in the possession of Georgia Law Enforcement.

9. Morefield swears that he is indigent and unable to provide photo copies of evidence he possesses but will introduce evidence at a hearing in this matter.

10. Morefield swears that Georgia State Prison where he is housed has no system in place to make copies for prisoners in legal matters. If there were such a system, Morefield would be unable to pay for any copies due to his poverty.

Sworn to and subscribed this 14th day of May, 2007.

_____
Alonzo Morefield, Jr.
Petitioner, Pro Se

## Certificate of Service

This will certify that a copy of this filing was served on Respondent by forwarding from Clerk, U.S. District Court, via U.S. Mail postage pre-paid addressed to:

Alabama Attorney General's Office
Attn: Nancy Kirby, Deputy Attorney General
11 South Union Street
Montgomery, AL. 36130

This 14th day of May, 2007.

_____
Alonzo Morefield, Jr.
I.D. No. 479955
Georgia State Prison
300 First Avenue
Reidsville, GA. 30453