Alonzo Morefield, Jr., Esq.
Jail House Lawyer No. 479955
Hays State Prison
777 Underwood Drive
Trion, GA. 30753

Debra P. Hackett, Clerk
U.S. District Court,
P O Box 711
Montgomery, AL. 36101-0711

RECEIVED
2007 OCT -1 A 9: [illegible]
DEBRA P. HACK[ETT]
U.S. DISTRICT [COURT]
MIDDLE DISTRICT AL[A]

SEPT. 27, 2007

Case Nos.

Dear Clerks Office,

I come to notify you of my new address as of 9/25/07 which is listed above. Please make the change on my pending cases filed in your district listed as:

1) 2:07-CV-00080-MHT-TFM
2) 2:06-CV-00976-MHT-DRB
3) 2:07-CV-00780-MHT-TFM

Direct all questions to my new address listed above.

Thank you,

[signature]

Alonzo Morefield, Jr.
Plaintiff / Petitioner
Pro Se.


xc: File

LEGAL MAIL

Certifier: Shawn M Malin
9/27/07 Check Boss Mark
for Compliance

Anza McLeod, Jr., ESQ
Jail House Lawyer No. 175050-
Mail Box 8
Arrendale SP 30753

36101+0711

Debra P. Hackett, Clerk
U.S. District Court, Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

CHATTANOOGA TN
28 SEP 2007 PM
USA FIRST-CLASS FOREVER